JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NORMA CHAVEZ, | CV 16-1402 PA (PLAx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| WELLS FARGO BANK, N.A., and NBS DEFAULT SERVICES, LLC, | |
| Defendants. | |

Pursuant to the Court's July 11, 2016 Minute Order granting the Motion to Dismiss filed by defendant Wells Fargo Bank, N.A. ("Wells Fargo"), which dismissed the action filed by plaintiff Norma Chavez ("Plaintiff") with prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.    Wells Fargo and defendant NBS Default Services, LLC shall have judgment in their favor against Plaintiff; and

2.    Plaintiff take nothing and that Wells Fargo shall have its costs of suit.

DATED: July 5, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE